JOHN STAATS, as Trustee under the Will of SARAH STORM, Deceased, et al. Appellants, *v.* SARAH A. STORM et al., Respondents.

*Staats* v. *Storm*, 76 App. Div. 627, affirmed,
(Argued January 19, 1904; decided February 9, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

December 10, 1902, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Edward A. Alexander* for appellants.

*Melvin Palliser, Hector M. Hitchings* and *George C. Case* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.